UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCARLET ROSARIO, et al.,

                              Plaintiffs,

        -v-                                                CIVIL ACTION NO. 25 Civ. 8387 (PKC) (SLC)

                                                                        **ORDER**

METAL WARE CORPORATION,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the discussion during the telephonic motion conference held today, May 27, 2026, another telephonic conference to discuss Defendant's motion to enforce settlement (Dkt. No. 20) is scheduled for **Thursday, June 11, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:        New York, New York
              May 27, 2026

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**