UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCARLET ROSARIO, et al.,

                        Plaintiffs,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 8387 (PKC) (SLC)

                                                                              **ORDER**

METAL WARE CORPORATION,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion at the telephone conference held June 11, 2026, as the parties

have been unable to reach a settlement of this action, the Court will issue a decision concerning

Defendant's motion to enforce settlement (Dkt No. 20) in due course.

Dated:        New York, New York
              June 11, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**